```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

UNITED STATES OF AMERICA         :        CRIMINAL ACTION
                                 :
          v.                     :
                                 :
JAMES A. AUFFENBERG, JR.,        :
et al.                           :        NO. 07-0047
```

ORDER

AND NOW this 18th day of September, 2008, it appearing that defendants have withdrawn their challenge under United States v. Starks, 515 F.2d 112 (3d Cir. 1975), to the audio recording designated by the Government as "Number 130", it is hereby ORDERED that the Starks hearing scheduled for September 23, 2008 at 2:00 p.m. is cancelled.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III           C.J.
                              SITTING BY DESIGNATION
```