IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and THE PEOPLE OF THE VIRGIN ISLANDS, <br><br>           Plaintiffs, <br><br>    v. <br><br> JAMES A. AUFFENBERG, JR.; AUFFENBERG ENTERPRISES OF ILLINOIS, INC.; PETER G. FAGAN; JAMES W. FERGUSON, III; J. DAVID JACKSON; KAPOK, INC.; KAPOK MANAGEMENT, L.P.; ST. CLAIR I, LLC; ST. CLAIR II HOLDINGS VI, LLC, <br><br>           Defendants. | CRIMINAL NO: 2007/0047 |

## ORDER

**THIS MATTER** is before the Court on the Petition of Lee J. Rohn for the *Pro Hac Vice* admission of Attorney Blair G. Brown to practice before this Court as counsel for Defendant, James A. Auffenberg, Jr., in the above-captioned action, pursuant to District Court Rule 83.1.

The record shows that Attorney Brown is currently in good standing as an active member of the bar of the District of Columbia and other state and federal courts; that he has not suffered any disbarment or suspension of his license to practice law; and that he seeks special admission to represent Defendant, James A. Auffenberg, Jr., in the above-captioned action.

Upon consideration of the motion, the completed *Pro Hac Vice* Questionnaire,

**United States of America, et al. v. James A. Auffenberg, Jr., et al.,** CRIMINAL NO: 2007/0047
**ORDER FOR ADMISSION PRO HAC VICE OF BLAIR G. BROWN**
Page 2

the Affidavit executed by Attorney Rohn, and the records herein, **IT IS HEREBY**

**ORDERED,** that pursuant to District Court Rule 83.1, upon execution of the Oath with

the Clerk of the Court, Blair G. Brown, shall be admitted *Pro Hac Vice* to practice before

this Court in the Case of *United States of America v. James A. Auffenberg, Jr., et al.,*

Criminal No. 2007-0047 as captioned above.

    **SO ORDERED** this _____ day of _____, 2008.

_____
JUDGE OF THE DISTRICT COURT

**Attest:**
WILFREDO F. MORALES
Clerk of the Court

_____
By:  Deputy Clerk