```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
        v.                      :
                                :
JAMES A. AUFFENBERG, et al.     :       NO. 2007-0047
```

ORDER

AND NOW this 29th day of December, 2008, it is hereby ORDERED that the unopposed motion in limine of the government to exclude evidence of selective prosecution of defendants (Doc. No. 484) is GRANTED.  See United States v. Berrigan, 482 F.2d 171, 174 (3d Cir. 1973).

```
                                BY THE COURT:


                                /s/ Harvey Bartle III
                                HARVEY BARTLE III          C.J.
                                SITTING BY DESIGNATION
```